# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

NOTICE TO COUNSEL: COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE** Jeryl Abramson, et al., Plaintiffs-Appellants against Bette Jean Gettel, et al., Defendants-Appellees | **DISTRICT** Southern District of New York | **DOCKET NUMBER** 14-cv-2371 |
| | **JUDGE** Hon. Nelson S. Roman | **APPELLANT** Jeryl Abramson and Yasgur Road Productions, LLC |
| | **COURT REPORTER** N/A | **COUNSEL FOR APPELLANT** Russell A Schindler, Esq. |

Check the applicable provision:
- [ ] I am ordering a transcript.
- [✓] I am not ordering a transcript

Reason for not ordering a transcript:
- [ ] Copy is already available
- [✓] No transcribed proceedings
- [ ] Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

METHOD OF PAYMENT  [ ] Funds  [ ] CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

COUNSEL'S SIGNATURE *[signed]*

DATE: December 18, 2014

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.